# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

The Travelers Indemnity Co. Et. Al.,

               **V.**                            **JUDGMENT IN A CIVIL CASE**

Arena Group 2000, L.P., et. Al.,

                              **CASE NUMBER:**    05-CV-1435 W (CAB)

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants City of San Diego's summary-judgment motion...

| June 28, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON June 28, 2007 |

05-CV-1435 W (CAB)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

The Travelers Indemnity Co. Et. Al.,

V.

Arena Group 2000, L.P., et. Al.,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:** 05-CV-1435 W (CAB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court grants City of San Diego's summary-judgment motion...

| June 28, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON June 28, 2007 |

05-CV-1435 W (CAB)