# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE TRAVELERS INDEMNITY CO. et. al.,<br><br>Plaintiffs,<br><br>v.<br><br>ARENA GROUP 2000, L.P., et. al.,<br><br>Defendants. | CASE NO: 05-CV-1435 W (CAB)<br><br>**ORDER VACATING CLERK'S JUDGMENT [DOC. NO. 212]** |

On July 18, 2005, Plaintiffs Gulf Underwriters Insurance Company and The Travelers Indemnity Company filed this lawsuit against various defendants, including the City of San Diego (the "City"). The lawsuit seeks recovery of insurance payments made in connection with an underlying personal-injury lawsuit.

On June 19, 2007, this Court issued an order granting the City's summary-judgment motion against Plaintiffs (the "Order"). On June 28, 2007, a Clerk's Judgment was entered in favor of the City and against Plaintiffs.

Under Federal Rule of Civil Procedure 54(b), however, when multiple parties are involved in litigation, a final judgment as to fewer than all of the parties may not be

entered until the Court issues an order expressly directing the entry of judgment based on an "express determination that there is no just reason for delay." <u>Frank Brisco Co. V. Morrison-Knudsen Co.</u>, 776 F.2d 1414, 1416 (9th Cir. 1985). Because the Court did not issue such an order in connection with the June 19, 2007 order granting the City's summary-judgment motion, the Clerk's Judgment entered on June 28, 2007 is improper.

For the reasons stated above, the Clerk's Judgment entered June 28, 2007 [Docket No. 212] is hereby vacated.

**IT IS SO ORDERED.**

August 14, 2007

_____
Hon. Thomas J. Whelan
United States District Judge