# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

The Travelers Indemnity Co., Gulf Underwriters
Insurance Company, Daniel Doll,

V.

Arena Group 2000, L.P., City of San Diego

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that final judgment be entered in favor of the City of San Diego and against Plaintiffs Gulf Underwriters Insurance Company and The Travelers Indemnity Company...

| September 5, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ A. Everill |
| | (By) Deputy Clerk |
| | ENTERED ON September 5, 2007 |